# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**Ding Gu,**
Plaintiff,

v.

**United States Department of the Treasury;
United States Department of Commerce;
Scott Bessent, in his official capacity as Secretary of the Treasury;
Howard Lutnick, in his official capacity as Secretary of Commerce,**
Defendants.

Case: 1:25-cv-02739
Assigned To : AliKhan, Loren L.
Assign. Date : 8/19/2025
Description: TRO/PI (D-DECK)

# COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

## I. INTRODUCTION

1. Plaintiff brings this action under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 702, 706; the Mandamus Statute, 28 U.S.C. § 1361; and the First Amendment, to compel the United States Department of the Treasury and the United States Department of Commerce to respond to Plaintiff's formal policy petition under 5 U.S.C. § 553(e).
2. The petition, entitled the **Balanced Free Trade Model with Quota System** ("BFT Model") (Exhibit 1), proposes a rules-based alternative to the current tariff model and addresses ongoing trade deficits, consumer inflation, and retaliatory measures.
3. For more than a year, Plaintiff has delivered the BFT Model to President Donald J. Trump and members of the United States Senate. Direct communications to Secretary Bessent and Secretary Lutnick began in July 2025, once it became clear that their departments were the primary implementing agencies for current trade policy.



**RECEIVED**
AUG 1 9 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Page 1|7

4. China's recent ninety-day extension in trade negotiations with the United States presents an urgent and narrow opportunity for consideration before the United States becomes locked into long-term tariff agreements.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1361 (mandamus), and 5 U.S.C. §§ 702, 706 (APA review). Declaratory relief is authorized under 28 U.S.C. §§ 2201–2202.
6. Venue is proper in this District under 28 U.S.C. § 1391(e)(1), because Defendants are United States agencies and officers, and the relevant events occurred in the District of Columbia.

## III. PARTIES

7. Plaintiff **Ding Gu** is a United States citizen and petitioner under 5 U.S.C. § 553(e).
8. Defendant **United States Department of the Treasury** is a federal agency headquartered in Washington, D.C.
9. Defendant **United States Department of Commerce** is a federal agency headquartered in Washington, D.C.
10. Defendant **Scott Bessent** is the Secretary of the Treasury and is sued in his official capacity.
11. Defendant **Howard Lutnick** is the Secretary of Commerce and is in his official capacity.

## IV. FACTUAL BACKGROUND

### A. Petition Submission and Timeline

12. Plaintiff has promoted the BFT Model since 2024, delivering it to President Trump and multiple United States Senators and Representatives.
13. Direct contact with Secretaries Bessent and Lutnick began in July 2025.

14. The petition qualifies under APA § 553(e), which requires agencies to respond to petitions for rulemaking.

## B. Urgency from China Negotiations

15. In mid-2025, China granted a ninety-day extension in trade negotiations with the United States.
16. Adoption of the BFT Model by China would likely encourage global uptake.
17. Delay risks entrenching the tariff model for multiple years, foreclosing consideration of alternatives.

## C. Economic Harm from Tariffs

18. On August 14, 2025, the Bureau of Labor Statistics reported that the Producer Price Index increased 0.9% in July, with tariff-related import costs identified as a driver **(Exhibit 2)**.
19. Census and BEA data confirm that U.S. trade deficits persist **(Exhibit 3)**.
20. Graphical analysis shows correlation between tariff implementation dates and PPI increases **(Exhibit 4)**.
21. In July 2025, the United States collected $29.6 billion in tariff revenue, reflecting an average effective tariff rate approaching historic highs. Independent analysts have warned that this surge is both inflationary and recessionary **(Exhibit 5)**.
22. On August 8–9, 2025, President Trump warned publicly that a court ruling against his tariff plan could trigger a "Great Depression," highlighting the legal fragility and economic risks of the tariff model **(Exhibit 8; see also Exhibit 11)**.

## D. Notice to Defendants

23. Plaintiff provided notice through an Open Letter to President Trump **(Exhibit 8)**, a Letter to Secretary Bessent **(Exhibit 9)**, and a Letter to Secretary Lutnick **(Exhibit 10)**.
24. To date, Defendants have provided no substantive public response.

## E. Public Advocacy and Direct Notice

25. Plaintiff incorporates analysis of recent international trade agreements, including the U.S.–Japan Tariff Agreement **(Exhibit 6)** and the U.S.–EU Agreement **(Exhibit 7)**, which further demonstrate the systemic risks,

misrepresentations, and consumer harms created under the tariff model.

26. From **July 22 to July 24, 2025**, Plaintiff stood in front of the White House, distributing petitions and flyers entitled *"Balanced Free Trade Model: The Best Alternative to the Tariff Model"* to the public and to federal officials. This effort was a continuation of Plaintiff's good-faith attempt to bring the BFT Model to the attention of policymakers **(See Exhibit 12)**.

27. In addition, Plaintiff issued a **public challenge to Treasury Secretary Scott Bessent** across multiple platforms, including **social media (X and WeChat), email distributions, and news media reports**. Plaintiff also repeated this challenge during the White House petition and by mail directed to both Secretary Bessent and Secretary Lutnick **(See Exhibit 13)**.

## V. CLAIMS FOR RELIEF

### Count I — APA § 706(1): Failure to Act
27. Defendants have unlawfully withheld action by failing to respond to Plaintiff's petition as required by APA § 553(e).

### Count II — APA § 706(2)(A): Arbitrary and Capricious Conduct
28. Defendants' refusal to consider Plaintiff's petition constitutes arbitrary and capricious agency action.

### Count III — Mandamus (28 U.S.C. § 1361)
29. Defendants have a clear, nondiscretionary duty to respond to a valid petition for rulemaking.

### Count IV — First Amendment Violation
30. Defendants' failure to acknowledge or respond to Plaintiff's petition violates Plaintiff's constitutional right to petition the government for redress of grievances.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. **Declare** that Defendants have a statutory duty under 5 U.S.C. § 553(e) and a constitutional duty under the First Amendment to respond to Plaintiff's petition **(Exhibit 1).**

B. **Order** Defendants to provide a public, point-by-point response to Plaintiff's petition (Exhibit 1) within thirty (30) days, and require that such response be published in the Federal Register and on Defendants' official websites.

C. **Enjoin** Defendants from concluding any binding trade agreement with China until such response is issued, in light of the ongoing harm demonstrated by the BLS PPI Release **(Exhibit 3)**, the U.S. Census/BEA Trade Deficit Table **(Exhibit 4)**, and News Reports on Tariff Impacts **(Exhibit 5).**

D. **Require** Defendants, pursuant to their duty under 5 U.S.C. § 553(e), to schedule and conduct a **formal meeting, hearing, or consultation with Plaintiff within thirty (30) days,** at which Plaintiff shall be permitted to present the **Balanced Free Trade Model** and receive a substantive response on the record, attributable to the Departments of Treasury and Commerce.

E. **Award** Plaintiff costs and such other and further relief as the Court deems just and proper, supported by the record and analysis provided in the Analyst Reports Packet **(Exhibit 11).**

# EXHIBIT INDEX

**Exhibit 1** — Balanced Free Trade with Quota System: Full Policy Proposal

**Exhibit 2** — Quick Fact Sheet

**Exhibit 3** — BLS PPI Release (Aug. 14, 2025)

**Exhibit 4** — U.S. Census/BEA Trade Deficit Table

**Exhibit 5** — News Reports on Tariff Impacts (July–August 2025)

**Exhibit 6** — Anatomy of the U.S.–Japan Tariff Agreement

**Exhibit 7** — Another Bad Deal: U.S.–EU Agreement

**Exhibit 8** — Open Letter to President Donald J. Trump

**Exhibit 9** — Letter to Secretary Scott Bessent

**Exhibit 10** — Letter to Secretary Howard Lutnick

**Exhibit 11** — Analyst Reports Packet

**Exhibit 12** — Petition Flyer: "Fair Trade Not Tariffs — BFT Model: The Best Alternative to the Tariff Model" (distributed at the White House, July 22–24, 2025)

**Exhibit 13** — Public Challenge to Treasury Secretary Scott Bessent (social media posts, WeChat, email distribution, news media, mailed copies to Bessent and Lutnick).

---

**Respectfully Submitted,**
Dated: August 19, 2025

*[signature]*

**Ding Gu, Pro Se**
135 Hammersmith Way
Bear, DE 19701
Phone: (215) 380-0744
Email: ding_gu@hotmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I caused true and correct copies of the Summons and Complaint to be served by **certified mail, return receipt requested**, upon the following parties in accordance with Fed. R. Civ. P. 4(i):

1. **Civil Process Clerk**
   Office of the United States Attorney for the District of Columbia
   601 D Street, NW
   Washington, DC 20530
2. **Attorney General of the United States**
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
3. **Office of the General Counsel**
   U.S. Department of the Treasury
   1500 Pennsylvania Avenue, NW
   Washington, DC 20220
4. **Office of the General Counsel**
   U.S. Department of Commerce
   1401 Constitution Avenue, NW
   Washington, DC 20230

Dated: August 19, 2025

**Ding Gu, Pro Se**
135 Hammersmith Way
Bear, DE 19701
Tel: (215) 380-0744
Email: ding_gu@hotmail.com